**Order entered August 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00087-CR**

**EDGAR CORTEZ CARDENAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76997-S**

**ORDER**

We **REINSTATE** this appeal.

We abated because appellant's brief, due on May 28, 2022, had not been filed. On July 27, 2022, appellant filed his brief along with a motion to extend time. Because the trial court has not yet held a hearing, we **VACATE** our July 15, 2022 order to the extent it required a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief received with the motion filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE